PHILLIP A. TALBERT
United States Attorney
CODY S. CHAPPLE
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 1:24-CR-00063-JLT |
|---|---|
| Plaintiff, | |
| v. | **STIPULATION TO WAIVE RULE 32.1 PRELIMINARY HEARING** |
| MERVAIN LANCE CUTLER, JR., | |
| Defendant. | |

The parties stipulate as follows:

1. On April 12, 2024, the Court signed an Order re Petition for Violation of Supervised Release. [ECF 4.] The defendant had his initial appearance on April 29, 2024. [ECF 9.]

2. The defendant denied the charges in the Petition and was released. The Court set a status conference regarding the supervised release for June 20, 2024, at 2:00 pm. During the hearing the defendant did not waive a preliminary hearing under Rule 32.1(b)(1).

3. To the extent necessary under Rule 32.1, the defendant hereby waives his right to a preliminary hearing under Rule 32.1(b)(1). The parties will set forth the waiver on the record during the status conference.

1

IT IS SO STIPULATED.

Dated: May 7, 2024

PHILLIP A. TALBERT
United States Attorney

*/s/ Cody Chapple*
Cody Chapple
Assistant United States Attorney

Dated: May 7, 2024

*/s/ Reed Grantham*
Reed Grantham
Laura Myers
Office of the Federal Defender
Counsel for Mervain Lance Cutler, Jr.

## ORDER

The Court has read and considered the parties' stipulation and the defendant's waiver of a preliminary hearing under Rule 32.1.

IT IS SO ORDERED.

Dated:  **May 8, 2024**

UNITED STATES MAGISTRATE JUDGE

2